IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

AUG 20 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY _____nac_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. CR 24-324 D |
| -vs- ) | |
| ) | Violation: 8 U.S.C. § 1326(a) |
| MARVIN ALEXANDER ) | |
| HERNANDEZ-JACINTO, ) | |
| a/k/a Juan Jacinto-Ramos, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
(Reentry of Removed Alien)

On or about June 14, 2024, in the Western District of Oklahoma,

---------------------- MARVIN ALEXANDER HERNANDEZ-JACINTO
a/k/a Juan Jacinto Ramos, -----------------------------------------

an alien who was removed from the United States on or about January 18, 2023, was found to be knowingly in the United States without having obtained the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission into the United States.

All in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

BRANDON HALE
Assistant United States Attorney